UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
SHELBY DIVISION

In Re:  
Myanne Marie Cottle  
Nada Cassandra Dobos  
SSN# : XXX-XX-3247  
SSN# : XXX-XX-2335  

Case No. 18-40170

Chapter 13

## MOTION OF TRUSTEE FOR DETERMINATION
## OF STATUS OF CLAIMS IN CONFIRMED PLAN

The undersigned Trustee in the above-referenced Chapter 13 case reports that he has examined the Proofs of Claim filed in the case and hereby moves that the claims be allowed as reported below for payment by the Trustee under the terms of the confirmed plan. To the extent that any claim as reported differs from the claim as scheduled or filed, the Trustee OBJECTS to that claim and classifies it as he believes proper under applicable law. The claims as reported herein include those proofs of claim believed by the Trustee to have been filed pursuant to Federal Rule of Bankruptcy Procedure 3004.

Claim information in motion is current as of 11/28/2018.

The plan as confirmed requires the payment of a 29 percent (29%) dividend to the general unsecured creditors.

**IF YOU ARE A CREDITOR, TAKE NOTICE THAT YOUR RIGHTS MAY BE AFFECTED BY THE FINAL DISPOSITION OF THE TRUSTEE'S MOTION.**

| Payee | Trustee Claim # | Clerk Claim # | Type | Level | Filed Claim Amt | Treatment of Claim | Acct # (Last 4) | Trustee Interest Rate(%) |
|---|---|---|---|---|---|---|---|---|
| Best Buy Credit Services | 11 | | U-Unsecured | 80 | $0.00 | NOT FILED | 4201 | |
| Capital One Auto Finance | 4 | 1 | C-Car (910) | 50 | $25,673.31 | Pay by Trustee | 4164 | 6.75 |
| Capital One NA | 19 | 12 | U-Unsecured | 80 | $313.80 | Pay by Trustee | 8458 | |
| Caring Hands Veterinary Hospital | 13 | | U-Unsecured | 80 | $0.00 | NOT FILED | 7429 | |
| Carolina Healthcare | 14 | | U-Unsecured | 80 | $0.00 | NOT FILED | 8525 | |
| Carolina Healthcare | 15 | | U-Unsecured | 80 | $0.00 | NOT FILED | 8525 | |
| Cenlar FSB | 7 | 15 | M-Mortgage/Lease | 30 | $129,912.61 | CONDUIT | 5241 | |
| Cenlar FSB | 8 | 15 | N-Mortgage/Lease Arrears | 50 | $2,305.47 | Pay by Trustee | 5241 | 0.00 |
| Chase | 17 | | U-Unsecured | 80 | $0.00 | NOT FILED | 1768 | |
| Internal Revenue Service | 9 | 3 | P-Priority | 70 | $359.49 | Pay by Trustee | 2235 | |
| Internal Revenue Service | 34 | 3 | U-Unsecured | 80 | $3,688.18 | Pay by Trustee | 2335 | |
| Kaiser Foundation Health Plan of CO | 18 | | U-Unsecured | 80 | $0.00 | NOT FILED | 0679 | |
| Lando Resorts Corp | 5 | | U-Unsecured | 80 | $0.00 | NOT FILED | 9598 | |
| Linebarger Goggan Blair & Sampson | 20 | | U-Unsecured | 80 | $0.00 | NOT FILED | 3686 | |
| LVNV FUNDING LLC | 16 | 13 | U-Unsecured | 80 | $343.47 | Pay by Trustee | 7019 | |
| Midland Funding LLC | 12 | 11 | U-Unsecured | 80 | $309.54 | Pay by Trustee | 2846 | |
| NC DEPT OF REVENUE | 10 | 2 | P-Priority | 70 | $288.32 | Pay by Trustee | 3247 | |
| NC DEPT OF REVENUE | 33 | 2 | U-Unsecured | 80 | $28.80 | Pay by Trustee | 3247 | |
| Omaha Douglas Federal Credit Union | 21 | | U-Unsecured | 80 | $0.00 | NOT FILED | 0100 | |
| Portfolio Recovery Associates LLC | 24 | 8 | U-Unsecured | 80 | $2,982.50 | Pay by Trustee | 6381 | |

| Payee | Trustee Claim # | Clerk Claim # | Type | Level | Filed Claim Amt | Treatment of Claim | Acct # (Last 4) | Trustee Interest Rate(%) |
|---|---|---|---|---|---|---|---|---|
| Portfolio Recovery Associates LLC | 25 | 10 | U-Unsecured | 80 | $428.66 | Pay by Trustee | 7460 | |
| Portfolio Recovery Associates LLC | 26 | 9 | U-Unsecured | 80 | $1,088.00 | Pay by Trustee | 6304 | |
| Regional Acceptance Corporation | 10,006 | 4 | U-Unsecured | 80 | $9,461.03 | Pay by Trustee | 0896 | |
| Regional Acceptance Corporation | 6 | 4 | S-Secured-Pro-Rata | 50 | $4,635.00 | Pay by Trustee | 0896 | 6.75 |
| Robert H Lutz | 1 | | B-Base Attorney Fee(s) | 20 | $2,172.00 | Pay by Trustee | | |
| Robert H Lutz | 2 | | B-Base Attorney Fee(s) | 50 | $2,328.00 | Pay by Trustee | | |
| Saint Joseph Hospital | 23 | | U-Unsecured | 80 | $0.00 | NOT FILED | 0959 | |
| Synchrony Bank | 32 | | Z-Notice Only | 99 | $0.00 | NOT FILED | 4049 | |
| Synchrony Bank/Paypal Credit | 22 | 14 | U-Unsecured | 80 | $2,462.48 | Pay by Trustee | 8737 | |
| TD RETAIL CARD SERVICES | 27 | 7 | U-Unsecured | 80 | $956.56 | Pay by Trustee | 3576 | |
| US Attorneys Office | 3 | | Z-Notice Only | 99 | $0.00 | NOT FILED | | |
| Vacation Village At Parkway | 28 | | U-Unsecured | 80 | $0.00 | NOT FILED | 8278 | |
| Westerra Credit Union | 29 | 6 | U-Unsecured | 80 | $913.25 | Pay by Trustee | 5101 | |
| Westerra Credit Union | 30 | 5 | U-Unsecured | 80 | $481.50 | Pay by Trustee | 6701 | |
| Wink & Wink | 31 | | U-Unsecured | 80 | $0.00 | NOT FILED | 5461 | |

Wherefore, the Trustee respectfully requests that the Court grant his motion and classify the claims for payment by the Trustee as set forth herein, and that it grant such other and further relief as is appropriate and just.

Dated: 11/28/2018                                    Steven G. Tate
                                                     Chapter 13 Trustee
                                                     By:  A. Owens

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**SHELBY DIVISION**

| | |
|---|---|
| In Re:<br>Myanne Marie Cottle<br>Nada Cassandra Dobos<br>SSN# : XXX-XX-3247<br>SSN# : XXX-XX-2335 | Case No. 18-40170<br><br>Chapter 13 |

**NOTICE OF OPPORTUNITY FOR HEARING**

**TAKE NOTICE** that the Chapter 13 Trustee has filed papers with the Court as follows: Motion for Determination of Status of Claims in Confirmed Plan. A copy of these paper (s) is included with this Notice or copied on the reverse side of this Notice.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  If you do not have an attorney, you may wish to consult one.**

If you do not want the Court to grant the relief requested by the Trustee, or if you want the Court to consider your views on this matter, then on or before 1/17/2019, you or your attorney must do four things:

**1. File with the Court a written response requesting that the Court hold a hearing and explaining your position.  File the response at:**

> Clerk, U.S. Bankruptcy Court
> 401 W Trade St Room 111
> Charlotte, NC  28202

If you **mail** your response to the Court for filing, you must mail it early enough for the Court to **receive** it on or before the deadline stated above.

**2. On or before the date stated above for written responses, you must also serve a copy of your response to any other party required to be served by law.**

**3. Attend the hearing scheduled as listed below.**

**4. Please refer to the Trustee's claim number in any response you may file.**

If you file a response, then a hearing will be held at the following time and place:

Date:  1/25/2019                    Time:  9:30 AM

Location:   Cleveland County Courthouse
Courtroom #5
100 Justice Place
Shelby, NC  28151

If you or your attorney do not take these steps, **a hearing will not be held,** and the Court may decide that you do not oppose the relief sought in the matter and may enter an order granting the relief sought.

Dated: 11/28/2018                                        Steven G. Tate, Chapter 13 Trustee
                                                        212 Cooper St
                                                        Statesville, NC  28677-5856
                                                        (704) 872-0068 | general@ch13sta.com

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# SHELBY DIVISION

In Re:  
Myanne Marie Cottle  
Nada Cassandra Dobos  
SSN# : XXX-XX-3247  
SSN# : XXX-XX-2335  

Case No. 18-40170

Chapter 13

## CERTIFICATE OF SERVICE

The undersigned hereby certifies a copy of the attached document has been served on the parties whose names and addresses are listed below by United States first class mail, postage prepaid on 11/29/2018.

    A. Owens  
    Office of the Chapter 13 Trustee

AIS Portfolio Services LP, Attn Capital One Auto Finance, a division of Capital One NA Department, 4515 N Santa Fe Ave Dept APS, Oklahoma City, OK 73118  
BC Services Inc, 451 21st Ave, Longmont, CO 80501  
Best Buy Credit Services, PO Box 183195, Columbus, OH 43218  
Capital One Auto Finance, c/o AIS Portfolio Services, LP, PO Box 4360, Houston, TX 77210  
Capital One NA, Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701  
Caring Hands Veterinary Hospital, 13741 Colorado Blvd Unit 100, Thornton, CO 80602-7052  
Carolina Healthcare, 201 E Grover St, Shelby, NC 28150-3917  
Cenlar FSB, 425 Phillips Boulevard, Ewing, NJ 08618  
Chase, PO Box 24696, Columbus, OH 43224-0696  
Convergent Outsourcing Inc, PO Box 9004, Renton, WA 98057  
Daily Mgmt Inc, 16461 Racquet Club Rd, Weston, FL 33326-3131  
Exempla Healthcare, PO Box 372730, Denver, CO 80237-6730  
Internal Revenue Service, PO Box 7317, Philadelphia, PA 19101-7317  
Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346  
Kaiser Foundation Health Plan of CO, PO Box 780, Longmont, CO 80502-0780  
Lando Resorts Corp, 5405 Diplomat Cir # 106, Orlando, FL 32810-5623  
Linebarger Goggan Blair & Sampson, PO Box 702118, San Antonio, TX 78270-2118  
LVNV FUNDING LLC, C/O RESURGENT CAPITAL SERVICES, PO BOX 10587, GREENVILLE, SC 29603-0587  
Midland Funding LLC, Midland Credit Management Inc as agent, PO Box 2011, Warren, MI 48090  
Myanne Marie Cottle, Nada Cassandra Dobos, 517 Goldwater St, Shelby, NC 28152-7611  
NC DEPT OF REVENUE, OFFICE SERV DIV/BANKRUPTCY UNT, PO BOX 1168, RALEIGH, NC 27602-1168  
Omaha Douglas Federal Credit Union, 8251 W Center Rd, Omaha, NE 68124-3110  
Portfolio Recovery Associates LLC, PO Box 12914, Norfolk, VA 23541  
Portfolio Recovery Associates LLC, PO Box 41067, Norfolk, VA 23541  
Regional Acceptance Corporation, Bankruptcy Section/100-50-01-51, PO Box 1847, Wilson, NC 27894  
Saint Joseph Hospital, SCLHS Dept CH 14413, Palatine, IL 60055  
Shapiro & Ingle LLP, 10130 Perimeter Pkwy Ste 400, Charlotte, NC 28216-2442  
Synchrony Bank, c/o PRA Receivables Management LLC, PO Box 41021, Norfolk, VA 23541  
Synchrony Bank, PO Box 965029, Orlando, FL 32896  
Synchrony Bank/Paypal Credit, c/o Weinstein & Riley PS, 2001 Western Ave Ste 400, Seattle, WA 98121  
Synchrony Bank/Paypal Credit, c/o Weinstein & Riley PS, PO Box 3978, Seattle, WA 98124-3978  
TD RETAIL CARD SERVICES, c/o CREDITORS BANKRUPTCY SERVICE, PO BOX 800849, DALLAS, TX 75380  
US Attorneys Office, 100 Otis St Room 233, Asheville, NC 28801  
Vacation Village At Parkway, PO Box 405947, Atlanta, GA 30384-5900  
Westerra Credit Union, 3700 E Alameda Ave, Denver, CO 80209  
Wink & Wink, 11101 W 120th Ave Ste 230, Broomfield, CO 80021-3436

Total Served: 36